CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

MISSY HONESTY WINS
PRO SE

_____
PLAINTIFF

4401-A CT AVE NW #J75
_____
Address (No Post Office Boxes)

WASHINGTON DC, 20008
_____
City          State      Zip Code

VS.

813 BALTIMORE LLC, et al
_____
DEFENDANT

813 BALTIMORE AVE
_____
Address (No Post Office Boxes)

ROCKVILLE, MD, 20851-1002
_____
City          State      Zip Code

Case: 1:24-cv-00115 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 1/11/2024
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: ☒ Yes   ☐ No

## COMPLAINT (PAGE 1 OF 8)

PRO SE PLTF. ("PRO SE") FILES HER WORTHY CLAIMS OF, INCLUDING BUT NOT LIMITED TO: (1) INTRUSION UPON SECLUSION, (2) FEDL. PRIVACY VIOLATIONS, (3) WIRE-TAPPING, (4) HIPPA-DATA BREACHED, (5) HIPPA DATA @ "INTIMATE" CRIME "VICTIM" STATUS DOXXED, IN-VIOLATION OF MD & FEDL PRIVACY LAWS, "SEXUAL" CRIME VICTIM STATUS @ DOXXED HIPPA-DATA, (5) C/U AND PRIVACY VIOLATIONS, (6) BREACH OF CONTRACT & ... , (7) DISABILITY DISCRIMINATION @ BREACHED & LEAKED HIPPA DATA INCLUDING HIGHLY PRIVATE DATA @ "SEXUAL CRIME VICTIM STATUS WAS DOXXED), (8) HIPPA DATA BREACHED & LEAKED @ PHYSICAL-DISABILITY @ ... FOR HIPPA DATA ... (9) ATTEMPTED KIDNAPPING TO HAVE PRO SE "EVICTED" FROM HER ... HIPPA DATA @ INTIMATE CRIME VICTIM STATUS "DOXXED" ...

_____ Missy Honesty Wins PRO SE
Original Signature (in pen)

MISSY HONESTY WINS PRO SE
Name (if applicable, Prisoner ID No.)

4401-A CT NW #J75
Address or Facility Address

WASHINGTON DC, 20008
City

Rev: 01/10/2023
*Use additional pages as needed

RECEIVED
JAN 11 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

... $350 MILLION DOLLARS IN DAMAGES & RELIEF.

CLEAR FORM

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

MISSY HONESTY
WINS, PRO SE

PLAINTIFF

4401-A CT AVE NW,
#2~~275~~

Address (No Post Office Boxes)

WASHINGTON DC 20008

City                State        Zip Code

VS.                              CIVIL ACTION NO. _____

813 BALTIMORE LLC, et al.

Jury Trial: ☒ Yes    ☐ No

DEFENDANT

DEF:
813 BALTIMORE LLC

Address (No Post Office Boxes)

813 BALTIMORE AVE

City        State   Zip Code

ROCKVILLE, MD, 20851-1002

**COMPLAINT** (PAGE 2 OF 8)

DEFS. @ "ET-AL." INCLUDE, BUT ARE NOT LIMITED TO:

DEFENDANT: 813 BALTIMORE LLC,

OF: 813 BALTIMORE LLC
813 BALTIMORE AVE
ROCKVILLE, MD, 20851-1002

&

DEFENDANT #2: FANG PAO REN, (OFFICIAL CAPACITY)

OF:
FANG PAO REN,
AGENT OF 813 BALTIMORE LLC,

813 BALTIMORE LLC
813 BALTIMORE AVE
ROCKVILLE, MD 20851-1002

*Missy Honesty Wins, Pro Se*

MISSY HONESTY WINS,
PRO SE

Original Signature (in pen)

4401-A CT AVE NW

Name (if applicable, Prisoner ID No.)

#275, WASHINGTON DC

Address or Facility Address

20008

City              State       Zip Code

Rev: 01/10/2023
*Use additional pages as needed

CLEAR FORM

MISSY HONESTY

WINS, PRO SE

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF

4401-A - CT AVE NW #275

Address (No Post Office Boxes)

WASHINGTON DC, 20008

City          State     Zip Code

VS.

813 BALTIMORE LLC, et al.

DEFENDANT

CIVIL ACTION NO. _____

Jury Trial [✓] Yes   [ ] No

DFT: TANS TAO REM OFFICIAL
Address (No Post Office Boxes) Corporation
AGENT OF 813 BALTIMORE LLC
813 BALTIMORE AVE
City          State     Zip Code
ROCKVILLE, MD 20851-1102

**COMPLAINT** (PAGE 3 OF 8 )

DEFENDANT #3 :

NEEEM (LAST NAMES UNKNOWN) (INDIVIDUAL (NAACP)
OWNER OF MD PLATES # 1DT3872,
MECHANICS LIEN FILS ADMIS @ CAR WITH
MARYLAND PLATES # 1DT3872,

OF: NAEEM, OWNER OF ONLY(MD PLATES # 1DT3872)
812 BALTIMORE AVE
ROCKVILLE, MD, 20851-1002

Missy Honesty Wins, PRO SE

Original Signature (in pen) WINS PRO SE
MISSY HONESTY WINS PRO SE

Name (if applicable, Prisoner ID No.)
4401-A CT AVE NW

Address or Facility Address
#275 WASHINGTON DC, 20008
City          State     Zip Code

Rev: 01/10/2023
*Use additional pages as needed

CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

MISSY HJNESTY WLNS,
PRO SE

_____
PLAINTIFF

441-A CT NE NW #1275
_____
Address (No Post Office Boxes)

WASHINGTON DC, 20008
_____
City          State      Zip Code

VS.                              CIVIL ACTION NO. _____

813 BALTIMORE LLC, et. ol.
_____
DEFENDANT                        Jury Trial: [✓] Yes  [ ] No

PSE: FANG TAO REN,
_____
Address (No Post Office Boxes)
813 BALTIMORE
RICHMOND MD, 20851-1102
_____
City          State      Zip Code

**COMPLAINT** (PAGE 4 OF 8)

DEFENDANT #4: JAQUELINE (LAST NAME UNKNOWN) (CA MGMT) (INDIVIDUAL)

OF: 813 BALTIMORE AVE
RICHVILLE, MD, 20851-1102

&

DEFENDANT #5: MINA (PRUDOUWAS, REAL NAME N FULL)
(WIFE OF FANG MO REN)
(INDIVIDUAL)
813 BALTIMORE AVE
RICHVILLE, MD, 20851-1002

&

OWNER OF INTERNAL SITS
+ (E ATTORNEY @ LAW) RNESS# 3863798

_Missy Hny Wn PRO SE_
Original Signature (in pen)

MISSY HONESTY WLNS, PRO SE
Name (if applicable, Prisoner ID No.)

441-A CT AVE NW
Address or Facility Address

WASHINGTON DC, 20008
City          State      Zip Code

Rev: 01/10/2023
*Use additional pages as needed

CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MISSY
HINTRY WNS,
PROSE

PLAINTIFF

4401-A CT AVE NW #275

Address (No Post Office Boxes)

WASHINGTON DC 20006

City                State        Zip Code

VS.                                          CIVIL ACTION NO. _____

893 BALTIMORE LLC, et. al.

DEFENDANT                          Jury Trial: ☑ Yes    ☐ No

DEF: ACCOM (LAST NAME UNKNW),
TBD

Address (No Post Office Boxes)
OWNER OF (NO LICENSE PLATE # 1JT3873)
813 BALTIMORE AVE
City                State        Zip Code
RUCUWTON, 20851-1002

**COMPLAINT** (PAGE 5 OF 8)

DEFENDANT #6: FANG TAO REN (INDIVIDUAL
(CAPACITY)

OF: 813 BALTIMORE AVE
RUCEVILLE, MD, 20851-102

DEFENDANT #7: FANG TAO REN (OFFICIAL (CAPACITY)

OF: FT REN LLC,
FL REN LLC (ASAO),
813 BALTIMORE AVE
RUCVILLE, MD 20851

Original Signature (in pen)
MISSY HINTRY WNS, PROSE

Name (if applicable, Prisoner ID No.)
4401-A CT AVE NW

Address or Facility Address
WASHINGTON DC 20006

City                State        Zip Code

Rev: 01/10/2023
*Use additional pages as needed

CLEAR FORM

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

MISSY MONESTY
WUS, PRO SE

_____
PLAINTIFF
4401-A CT AVE NW

_____
Address (No Post Office Boxes)
#275, WASHINGTON DC, 20008

_____
City          State      Zip Code

VS.                                CIVIL ACTION NO. _____

813 BALTIMORE LLC, et al
_____
DEFENDANT
813 BALTIMORE, LLC
FANG TAO REN
_____
Address (No Post Office Boxes)
813 BALTIMORE RD
ROCKVILLE, MD 20851-1002
_____
City          State      Zip Code

Jury Trial [✓] Yes  [ ] No

**COMPLAINT** (PAGE 6 OF 8)

DEFENDANT #8 : FANG TAO REN,
AGENT OF FT REN LLC

OF: FANG TAO REN,
AGENT OF FT REN LLC
813 BALTIMORE AVE
ROCKVILLE, MD, 20851

&

DEFENDANT #9: FT REN LLC,

OF: FT REN LLC
813 BALTIMORE AVE
ROCKVILLE, MD, 20851

_____
Original Signature (in pen)
MISSY MONESTY WUS, PRO SE
_____
Name (if applicable, Prisoner ID No.)
4401-A CT AVE NW
_____
Address or Facility Address
#275
_____
City          State      Zip Code
WASH, DC, 20008

Rev: 01/10/2023
*Use additional pages as needed

CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

MISSY HONESTY
WILS, RO SE
_____
PLAINTIFF
4401-A CT AVE NW
#275
_____
Address (No Post Office Boxes)
WASHINGTON DC 20008
_____
City          State       Zip Code

VS.

CIVIL ACTION NO. _____

813 BALTIMORE LLC et al
_____
DEFENDANT

Jury Trial: ☑ Yes  ☐ No

OUT.: ONENAME (LAST NAME UM TOD)
_____
Address (No Post Office Boxes)
813 BALTIMORE AVE
RICHMOND MD, 20851-1002
_____
City          State       Zip Code

**COMPLAINT** (PAGE 2 OF 2)

DEFENDANT #10: MIRA (PERSONAL - LEGAL NAME TO FOLLOW)
AGENT OF FT REN LLC (OFFICIAL CAPACITY)
MIRA,
OF:   FT REN LLC
AGENT OF FT REN LLC,
813 BALTIMORE MD, 20001

DEFENDANT #11: MIRA (PERSONAL NAME - LEGAL NAME TO FOLLOW)
AGENT OF FT REN LLC (INDIVIDUAL CAPACITY)

OF:  MIRA,
FT REN LLC,
813 BALTIMORE AVE
RICHMOND MD, 20600

Rev: 01/10/2023
*Use additional pages as needed

_____
Original Signature (in pen)
MISSY HONESTY WILS, RO SE
_____
Name (if applicable, Prisoner ID No.)
4401-A CT AVE NW
_____
Address or Facility Address
WASH, DC 20008
_____
City          State       Zip Code

CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

MISSY

HONESTY UNK, PRO SE

_____
PLAINTIFF

4401-A CT NE NW#275

_____
Address (No Post Office Boxes)

WASHINGTON DC, 20020

_____
City          State          Zip Code

VS.                                        CIVIL ACTION NO. _____

813 BALTIMORE LLC, ET AL

_____
DEFENDANT                          Jury Trial ☑ Yes    ☐ No

DF: NNA (DELVAY LLC NAMES TO FOLLOW)

_____
Address (No Post Office Boxes)

813 BALTIMORE LLC,
813 BALTIMORE AVE

_____
City          State          Zip Code
RICHMOND, MD, 20851-102

**COMPLAINT**  (PAGE 8  OF 8)

ATTENTION 12: FT REN LLC

_____

DF:    FT REN LLC,
RA TINS TBD NEW,
813 BALTIMORE NE
RICHMOND, MD, 2065)

_____

+MORE DEF.

_____

PURSUANT TO PRO SE'S "XXXXX" STATUS AS
INTIMATE CRIME VICTIM OF "CHURN CRIME VICTIM STATUS
WAS BREACHED, DOCKET + ATTEMPTED KIDNAPPED BY PLAINTIFFS-
IN VIOLATION OF INDEX LLC ROOTS OF WASHINGTON DC. ...

PRO SE IS ___ __ ___ PRO SE

OF WASHINGTON DC ...

Original Signature (in pen)
MISSY HONESTY UNKROSE

Name (if applicable, Prisoner ID No.)
4401-A CT NE NW #275

Address or Facility Address
WASHINGTON DC 20020

Rev: 01/10/2023
*Use additional pages as needed

City          State          Zip Code

... PRO SE CIVIL ... CLAIM
+REMINT FOR RELIEF OF DOCUMENTARY DAMAGES.