CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

STEPHANIE A. MYKONOS,
PRO SE

**PLAINTIFF**

4401-A CT AVE, NW #275

Address (No Post Office Boxes)

WASHINGTON, D.C., 20008

City    State    Zip Code

VS.

FT REN LLC, et. al.

**DEFENDANT**

813 BALTIMORE Rd

Address (No Post Office Boxes)

Rockville   MD   20815

City    State    Zip Code

CIVIL ACTION NO. 1-24-CV-00115-UNA

Jury Trial ☑ Yes  ☐ No

CHIEF **MOTION**

RE: JUDGE BUA SBERG - 3-1-2024 ORDER

PRO SE PLTF. ("PRO SE") SAYS "HONESTY WINS" AS THE "BEST POLICY" IN ALL TIMES AND ALL PLACES PRO SE HAD SOUGHT TO HAVE "SEALED" VIA "IN FORMA PSUDED" DUE TO PRO SE'S PAST ~~"CRIME"~~ AS PRO SE DOES NOT GET ON THE "VICTIM-WAGON" THAT IS SO POSH IN OUR MODERN ERA — AFTER DEF. JACQUELINE HAD ALREADY HACKED, DOXXED, BREACHED & VIOLATED MY HIPPA-DATA IN PRIVATE EMAIL COMMUNICATIONS THAT NOTED I WAS "TAKEN ADVANTAGE OF" AMONGST OTHER HIPPA-MATTERS — USED AGAINST ME — AS RED HERRING FALSE PRE-TEXT TO "LEGIT" AS "CRAZY!" TO FALSE-CONFLATE MY SCALA "LITTLE MAN-LITTLE DITCH" AT DEF. BUA MINN'S USE OF THE WORD "F——K" INSPIRED THAT SCRUF — HAD ONTO ME ABSOLUTELY-NOTHING TO DO WITH MY PAST "INTIMATE CRIME VICTIM-ISMS—" SO, JUST SAY: I DETEST "VICTIM-WAGON"

MY NAME IS STEPHANIE MYKONOS,
HONESTY IS ALWAYS THE BEST POLICY
I HAVE "NO CHOICE" BUT TO UN-SEAL
I WAS "TAKEN ADVANTAGE OF" WAS ALREADY DOXXED BY CO-CONSPIRANV, AKA, CON-OFFY, ETAL,

Signature: Stephanie A. Mykonos, Pro Se

Name (if applicable, Prisoner ID No.)
STEPHANIE A. MYKONOS, PROSE

Address/Facility Address
4401-A CT AVE, NW #275

WASHINGTON, D.C., 20008
City    State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed DEFAMED ANY PERSON, DEFAMED ANY SCRIPT, USED FUTHER TRAUMA FROM PAST-DOXXING SO ____.

EX11A

RECEIVED
MAR 7 2024
VOID
Clerk, U.S. District and Bankruptcy Courts for the District of Columbia

CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

STEPHANIE A. MYKONOS
PRO SE
**PLAINTIFF**

4401-A CT AVE NW #275
Address (No Post Office Boxes)

WASHINGTON, D.C. 20008
City    State    Zip Code

VS.

CIVIL ACTION NO. 1:24-CV-00115-UNB

813 BALTIMORE LLC, et al
**DEFENDANT**

Jury Trial ♥ Yes ☐ No

813 BALTIMORE RD
Address (No Post Office Boxes)

ROCKVILLE    MD    20805
City    State    Zip Code

**MOTION** PER
CHIEF JUDGE BUDSBERG'S 3-1-24 "ORDER"

PRO SE PLTF. ("PRO SE") FILES MARCH 7= '24
NEW "IPR-STATUS" THAT "IN FORMA PSUEDO" NOW LIFTED & ALL
IS UN-SEALED: HOWEVER, DRAFT-FIGURES WERE ACCURATE @ TIME OF
SUBMISSION & 813'S IS APPROX. BALANCE. TOMORROW IS A NEW DAY &
NEW VARIABLES, TODAY "1PM" — TOMORROW CAN TRANSFORM, AS HUMANS WE
CAN REALIZE ANYTHING THUS, TODAY'S "1PM" IS TODAY & TOMORROW IS NOW.
EX+A A

RECEIVED
MAR 7 2024
VOID
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Stephanie A. Mykonos, Pro se
Signature

STEPHANIE A. MYKONOS, PRO SE
Name (if applicable, Prisoner ID No.)

4401-A CT AVE NW #275
Address/Facility Address

WASHINGTON, D.C.    20008
City    State    Zip Code

Rev: 01/10/2023
*Use additional pages as needed